UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RICHARD LEON VANSANT, JR,<br><br>            Defendant. | No.  CR-09-0150-EFS<br><br>**ORDER DECLARING THE PRELIMINARY ORDER OF FORFEITURE FINAL** |

   Before the Court is the U.S. Attorney's Office's (USAO) Motion for Order Declaring the Preliminary Order of Forfeiture Final, ECF No. 48.  On June 28, 2010, the Court entered the Preliminary Order of Forfeiture in accordance with 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2, forfeiting the following assets to the United States, subject to the provisions of 18 U.S.C. § 2253:

   (a) IPod Nano 2GB (serial number 7L 638VB 0VQ5), and the following items seized on November 13, 2008, pursuant to a federal search warrant, from RICHARD LEON VANSANT's residence in Spokane Valley, Washington:

   (b) Dell Inspiron E1705 Laptop Computer (serial number DJ6CDB1),

   (c) Dell XPS 400 Desktop Computer (serial number 39YVC91), and

   (d) Sandisk Cruzer Thumb Drive Micro 2GB (serial number SDCZ6-2048RB).

ORDER OF FORFEITURE- 1

ECF No. 38. The property is in the custody of the United States, and pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253, and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the preliminary order. The time for filing petitions for said assets, as provided in Fed. R. Crim. P. 32.2(c), Rule G(5) and 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 2253, has expired, and no petitions or claims for said assets were filed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The USAO's Motion for Order Declaring the Preliminary Order of Forfeiture Final, **ECF No. 48**, is **GRANTED**.

2. The Court's June 28, 2010, Preliminary Order of Forfeiture, ECF No. 38, is final as to the Defendant and as to any and all other persons or entities; and the assets are hereby forfeited to the United States.

3. The forfeited assets shall be disposed of in accordance with law.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  22nd  day of January 2014.

>                 s/ Edward F. Shea
>                 EDWARD F. SHEA
>         Senior United States District Judge