PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 21 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Richard Leon Vansant, Jr.    Case Number: 2:09CR00150-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 14, 2010    Type of Supervision: Supervised Release

Original Offense: Receipt of Child Pornography, 18 U.S.C. § 2252(a)(2)    Date Supervision Commenced: February 27, 2014

Original Sentence: Prison - 60 months; TSR - Life    Date Supervision Expires: Lifetime

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

25    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Vansant is scheduled to release from the Bureau of Prisons' custody on February 27, 2014. At this time, the offender has no approved release plan in the community to submit for consideration, and he is still looking for employment. The above modification would afford Mr. Vansant the opportunity to transition back into the community without the stress of trying to secure housing without an income.

Mr. Vansant has willingly signed the attached waiver of hearing in the presence of the undersigned officer, after being informed of his right to a hearing and the right to assistance of counsel.

Respectfully submitted,

by    s/Patrick J. Dennis

Patrick J Dennis
U.S. Probation Officer
Date: February 19, 2014

Prob 12B
Re: Vansant, Jr., Richard Leon
February 19, 2014
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

/s/ Edward F. Shea
Signature of Judicial Officer

February 21, 2014
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

25   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____          Signed: _____
         Patrick J Dennis                          Richard Leon Vansant
         U.S. Probation Officer                    Probationer or Supervised Releasee

                              2/19/2014
                              _____
                              Date